1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No. CR 15-00547 JD
                                         )
14 |        Plaintiff,                   )
                                         ) STIPULATION AND [PROPOSED] ORDER
15 |    v.                               ) RESETTING BAIL REVIEW HEARING FOR
                                         ) OCTOBER 13, 2016
16 | CARLOS MARTINEZ JR.,                )
                                         )
17 |        Defendant.                   )
                                         )

STIPULATION AND [PROPOSED] ORDER
NO. CR 15-00547 JD                    1

The defendant Carlos Martinez Jr. is currently scheduled to appear before Judge Kandis A. Westmore for a bail review hearing on October 12, 2016, at 9:30 a.m. This hearing was set by the Court after a Form 8 petition was submitted by Pretrial Services seeking a bail review hearing. The case is also set for a Status Conference before Judge James Donato on October 12, 2016, at 10:30 a.m., in San Francisco, making it impossible for Mr. Martinez to appear at both hearings. For this reason, the parties ask the Court to continue the Bail Review Hearing to October 13, 2016, at 9:30 a.m., in Courtroom 4 in Oakland.

IT IS SO STIPULATED.

DATED: October 7, 2016

Respectfully submitted,
BRIAN J. STRETCH
United States Attorney

_____/s/_____
LLOYD FARNHAM
Assistant United States Attorney

_____/s/_____
KURT K. ROBINSON
Attorney for Defendant Carlos Martinez Jr.

### [PROPOSED] ORDER

For the reasons stated above, the Bail Review Hearing in this matter currently set for October 12, 2016 is continued to October 13, 2016, at 9:30 a.m. in Courtroom 4, in the Oakland Courthouse.

DATED: 10/11/16

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge